ORIGINAL

RECEIVED & FILED
JUL 1 1 2003
OFFICE OF THE CLERK
U.S. COURT OF FEDERAL CLAIMS

ECF

# In The United States Court of Federal Claims

## Cover Sheet

Plaintiff(s) or Petitioner(s)
CEPOLK LIMITED PARTNERSHIP

**If this is a multi-plaintiff case, pursuant to RCFC 20(a), please attach an alphabetized, numbered list of all plaintiffs.**

Name of the attorney of record: [See RCFC 83.1(c)] Dorn C. McGrath III

Firm Name: Greenberg Traurig LLP

03-1684C

Post Office Box:

Street Address: 1750 Tysons Boulevard, Suite 1200

City-State-Zip: McLean, Virginia 22102

Telephone & Facsimile Numbers: 703-749-1317; 703-714-8317

E-mail address: mcgrathd@gtlaw.com

Is the attorney of record admitted to the Court of Federal Claims Bar? yes
If **NO**, please call (202) 219-9630 for admission papers and instructions.

Nature of suit code: 1 1 4

**Select only one [three digit] nature of suit code from attached sheet and if numbers 118, 134, 226, 312, 356, or 528 are used, please explain.**

Government Agency Involved: A R M

**See attached Sheet for three digit code.**

Amount Claimed: $ 1,580,729

**If to be determined, put the phrase "to be determined" in Amount Claimed Space.**

Vaccination Date: (Vaccine Cases Only)

If this is case related to any pending or previous case you are **required** to file a separate notice of related case(s). See RCFC 40.2

April 25, 2003