ORIGINAL

FILED
JUL 1 1 2003
U.S. COURT OF
FEDERAL CLAIMS

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

ECF

CEPOLK LIMITED PARTNERSHIP, )
Plaintiff )
vs. ) No. 03-1684C
THE UNITED STATES OF AMERICA, )
Defendant )

## NOTICE OF DIRECTLY-RELATED CASES

1. Pursuant to Rule 40.2 of the Rules of the United States Court of Federal Claims, 28 U.S.C.A., the above-entitled Plaintiff hereby notifies both the Court and the parties who have appeared before the Court in the above-entitled case that *(i)* the above-entitled case involves the same parties and *(ii)* the above-entitled case is based upon the same or similar claims as those in the case listed as follows, in that:

(a) The Plaintiff is the same in both cases;

(b) Both cases arise out of Contract No. DACA87-94-C-0008 (the Contract) awarded by the Department of the Army, United States Army Engineers, Huntsville, Alabama on January 31, 1994.

(c) Both cases arise out of the facts and circumstances in the performance of the Contract and implicate related issues of the calculation of the shared energy savings payments and other payments due and owing to the Plaintiff as similar claims.

2. The case which is related to the above-entitled case is as follows:

CEPOLK LIMITED PARTNERSHIP

v.

THE UNITED STATES OF AMERICA

No. 02-864C

Filed July 22, 2002

(Chief Judge Edward J. Damich)

3. The same attorney of record represents the Plaintiff in both cases.

4. Plaintiff submits that litigation of the cases is most likely to entail substantial duplication of judicial resources if the cases are heard by different judges or not consolidated.

Dated: July 11, 2003

Respectfully submitted,

DORN C. McGRATH III

Greenberg Traurig, LLP
1750 Tysons Boulevard
Suite 1200
McLean, Virginia 22102
(703) 749-1317 (telephone)
(703) 749-1301 (facsimile)

Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I certify under penalty of perjury that on this 11th day of July, 2003, I caused to be placed in the United States mail (first class mail, postage prepaid) a copy of the Notice of Directly-Related Cases filed in this action.

GERALD M. ALEXANDER
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L St., N.W.
Washington, D.C. 20530
(202) 307-0361 (Telephone)
(202) 514-7965 (Facsimile)

148566v1