IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| CEPOLK LIMITED PARTNERSHIP, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 03-1684C |
| | ) | (Chief Judge Damich) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

NOTICE OF APPEARANCE

To the Clerk:

Please enter the appearance of Gerald M. Alexander as attorney of record for the United States. Service of all papers by opposing parties should be addressed as follows:

GERALD M. ALEXANDER
Attorney
Commercial Litigation Branch
Civil Division
United States Department of Justice
Washington, D.C. 20530

Attention: Classification Unit
8th Floor, 1100 L Street, N.W.

s/Gerald M. Alexander

GERALD M. ALEXADER
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Tele: (202)307-0361
Fax No: (202) 514-7965

August 1, 2003