IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| CEPOLK LIMITED PARTNERSHIP,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No. 03-1684C<br>(Chief Judge Damich) |

DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME

Defendant respectfully requests the Court to enlarge by 59 days, to and including November 7, 2003, the time within which we must respond to plaintiff's complaint. Defendant's response is currently due on September 9, 2003. This is the Government's first request for an enlargement of time. Counsel for the plaintiff has represented that plaintiff does not oppose this motion.

Upon receipt of the plaintiff's complaint, we immediately sent the complaint to the United States Army ("Army"), with a request that they provide us with a litigation report, as required by 28 U.S.C. § 520. Upon receiving our request, Army counsel requested the pertinent records. However, due to a delay in receiving those records, Army counsel has been unable to prepare the litigation report, and will be unable to provide us with the litigation report before the expiration of the current deadline. Army counsel will complete the litigation report as quickly as possible. Upon receiving the litigation report, defendant's counsel will prepare our response to the plaintiff's complaint in an expeditious manner.

The additional time requested is therefore necessary in order to ensure adequate time for counsel to prepare a thorough response, and to obtain supervisory review.

For the foregoing reasons, defendant respectfully requests that the Court grant this motion for an enlargement of time.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

DEBORAH A. BYNUM
Assistant Director

s/Gerald Alexander

GERALD M. ALEXANDER
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L. St., N.W.,
Washington, D.C. 20530
Tele: (202) 307-0361
Fax: (202) 514-7965

September 2, 2003

Attorneys for Defendant