# In the United States Court of Federal Claims

No. 03-1684C

(Filed: September 12, 2003)

**CEPOLK LIMITED PARTNERSHIP,**

Plaintiff,

v.

**THE UNITED STATES,**

Defendant.

**ORDER**

Defendant's unopposed motion for an enlargement of time that was submitted on September 2, 2003 is hereby GRANTED. Defendant has until November 7, 2003 to respond to Plaintiff's complaint.

s/ Chief Judge Edward J. Damich