IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| CEPOLK LIMITED PARTNERSHIP, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 03-1684C |
| | ) | (Chief Judge Damich) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S UNOPPOSED MOTION FOR LEAVE TO FILE, OUT OF TIME, A MOTION FOR AN ENLARGEMENT OF TIME

Defendant respectfully requests the Court to enlarge by 83 days, to and including January 30, 2004, the time within which we must respond to plaintiff's complaint. Defendant's response was due on November 7, 2003, and therefore, this request is out of time. This is the Government's second request for an enlargement of time for this purpose, the Court having previously granted a 60 day enlargement. Counsel for the plaintiff has represented that plaintiff does not oppose this motion.

As the parties explained in the joint status report filed in Case Number 02-864C on November 28, 2003, the parties are in the process of negotiating an amicable resolution to plaintiff's claims in that matter. Should those settlement negotiations prove to be successful, plaintiff will dismiss this action with prejudice. In their joint status report in Case Number 02-864C, the parties proposed that the Court continue the stay of proceedings currently in effect in that case, and that they file a status report on January 30, 2004 regarding a proposed schedule for further proceedings, should further proceedings prove necessary. Accordingly, defendant respectfully requests that the

Court enlarge the time within which it may respond to plaintiff's complaint in this matter to January 30, 2004, in order to allow the parties to conclude the settlement negotiations that the parties believe will obviate the need for further proceedings in this matter.

Defendant further requests that the Court grant it leave to file this motion out of time. Pursuant to the notice of designation dated July 11, 2003, defendant's counsel filed defendant's initial motion for enlargement of time using the Court's EMF system. It is defendant's counsel's long-standing practice to calender due dates for deadlines that he has moved to enlarge after receiving the Court's Order granting the requested enlargement. However, due to an internal problem with the receipt of notification of activity in EMF cases, defendant's counsel did not receive the Court's Order granting the enlargement in this case.[1] Accordingly, defendant's counsel failed to calender the November 7, 2003 due date for defendant's answer. Defendant's counsel did not became aware of his error until late in the day on November 28, 2003, when he was discussing the status of this case with plaintiff's counsel, during their preparation of the joint status report in Case Number 02-864C. Defendant's counsel greatly regrets his error,

[1] This notification problem has been corrected, and defendant's counsel does not anticipate any future difficulties with receiving notification of activity in this case.

and respectfully requests that the Court grant leave to file this motion out of time.

For the foregoing reasons, defendant respectfully requests that the Court grant this motion for leave to file, out of time, a motion for enlargement of time.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

DEBORAH A. BYNUM
Assistant Director

s/Gerald Alexander

GERALD M. ALEXANDER
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L. St., N.W.,
Washington, D.C. 20530
Tele: (202) 307-0361
Fax: (202) 514-7965

December 3, 2003

Attorneys for Defendant