# In the United States Court of Federal Claims

No. 03-1684C

(Filed: December 4, 2003)

| | |
|---|---|
| ************************************ | |
| | * |
| **CEPOLK LIMITED PARTNERSHIP,** | * |
| | * |
| Plaintiff, | * |
| | * |
| v. | * |
| | * |
| **THE UNITED STATES,** | * |
| | * |
| Defendant. | * |
| | * |
| ************************************ | |

## ORDER

Defendant's unopposed motion of December 3, 2003 for leave to file, out of time, a motion for an enlargement of time is hereby GRANTED. This motion is granted to allow Plaintiff and Defendant time to continue settlement negotiations in both this case and case No. 02-864C. The stay in this case is continued until January 30, 2004. Defendant must file an answer by that date or, alternatively, parties may file a Joint Status Report outlining progress made towards settlement including a detailed summary of steps taken towards that end. If parties file a Joint Status Report, they may use it to report on both this case and case No. 02-864C.

s/ Chief Judge Edward J. Damich